**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JULIE LYNN CRUZ | § | Case No. 10-71666 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                Assets Exempt: 17,875.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  15,659.48          Claims Discharged
                                                       Without Payment:  0.00

Total Expenses of Administration:  120,998.00

---

3) Total gross receipts of $ 250,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 113,342.52  (see **Exhibit 2**), yielded net receipts of $ 136,657.48  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 12,833.01 | $ 12,833.01 | $ 12,833.01 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 120,998.00 | 120,998.00 | 120,998.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 2,742.80 | 2,742.80 | 2,826.47 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 136,573.81 | $ 136,573.81 | $ 136,657.48 |

4)  This case was originally filed under chapter 7 on 04/01/2010 . The case was pending for 92 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/25/2017           By:/s/BERNARD J. NATALE, TRUSTEE
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Products Liability Cause of Action/Pelvic Mesh | 1249-000 | 250,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$250,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CRUZ, JULIE | Exemptions | 8100-002 | 15,000.00 |
| JULIE LYNN CRUZ | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 98,342.52 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 113,342.52** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Healthcare | 4210-000 | NA | 12,833.01 | 12,833.01 | 12,833.01 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 12,833.01** | **$ 12,833.01** | **$ 12,833.01** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 10,082.87 | 10,082.87 | 10,082.87 |
| BERNARD J. NATALE | 2200-000 | NA | 5.88 | 5.88 | 5.88 |
| Court Order MDL Costs | 2990-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| Settlement Alliance QSF | 2990-000 | NA | 125.00 | 125.00 | 125.00 |
| Shapiro Settlement Lien Resolution | 2990-000 | NA | 425.00 | 425.00 | 425.00 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 3,261.25 | 3,261.25 | 3,261.25 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 29.74 | 29.74 | 29.74 |
| Robinson Calcagnie Inc | 3210-600 | NA | 100,000.00 | 100,000.00 | 100,000.00 |
| Robinson Calcagnie Inc | 3220-610 | NA | 4,568.26 | 4,568.26 | 4,568.26 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 120,998.00 | $ 120,998.00 | $ 120,998.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Midland Credit Management, Inc. | 7100-000 | NA | 1,568.96 | 1,568.96 | 1,568.96 |
| 1 | Nicor Gas | 7100-000 | NA | 1,134.84 | 1,134.84 | 1,134.84 |
| 3 | Armor Systems Co | 7200-000 | NA | 39.00 | 39.00 | 39.00 |
| | Armor Systems Co | 7990-000 | NA | NA | NA | 1.19 |
| | Midland Credit Management, Inc. | 7990-000 | NA | NA | NA | 47.86 |
| | Nicor Gas | 7990-000 | NA | NA | NA | 34.62 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 2,742.80 | $ 2,742.80 | $ 2,826.47 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-71666 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: | JULIE LYNN CRUZ | | | | Date Filed (f) or Converted (c): | 04/01/2010 (f) |
| | | | | | 341(a) Meeting Date: | 05/24/2010 |
| For Period Ending: | 10/25/2017 | | | | Claims Bar Date: | 11/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 25.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING | 400.00 | 0.00 | | 0.00 | FA |
| 3. St. John's Road Properties | 700.00 | 0.00 | | 0.00 | FA |
| 4. Computer, TV | 500.00 | 0.00 | | 0.00 | FA |
| 5. Clothes | 250.00 | 0.00 | | 0.00 | FA |
| 6. Profic Sharing Plans - Walgreens | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Products Liability Cause of Action/Pelvic Mesh (u) | 250,000.00 | 250,000.00 | | 250,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $252,875.00   $250,000.00   $250,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TVM PRODUCTS CASE SETTLED. TRUSTEE IS PREPARING MOTION TO COMPROMISE.

| RE PROP # | 1 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Amended Schedules A/B & C filed on 6/21/17 on behalf of the debtor by Attorney Peter Carroll. |

Initial Projected Date of Final Report (TFR): 12/31/2017   Current Projected Date of Final Report (TFR): 12/31/2017

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-71666 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: JULIE LYNN CRUZ | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8848 |
| | Checking |
| Taxpayer ID No: XX-XXX1124 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/25/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/16/17 | | Robinson Calcagnie Inc<br>Client Trust Account<br>19 Corporate Plaza Drive<br>Newport Beach CA 92660 | Products Liability Claim Settlement | | $129,548.73 | | $129,548.73 |
| | | | Gross Receipts        $250,000.00 | | | | |
| | | Robinson Calcagnie Inc<br>19 Corporate Plaza Dr<br>Newport Beach CA 92660 | ($100,000.00) | 3210-600 | | | |
| | | Robinson Calcagnie Inc<br>19 Corporate Plaza Dr<br>Newport Beach CA 92660 | ($4,568.26) | 3220-610 | | | |
| | | Court Order MDL Costs | ($2,500.00) | 2990-000 | | | |
| | | United Healthcare | ($12,833.01) | 4210-000 | | | |
| | | Shapiro Settlement Lien Resolution | ($425.00) | 2990-000 | | | |
| | | Settlement Alliance QSF | ($125.00) | 2990-000 | | | |
| | 7 | | Products Liability Cause of Action/Pelvic Mesh        $250,000.00 | 1249-000 | | | |
| 06/22/17 | 1101 | Julie Cruz<br>134 Washington Street<br>Apt B<br>Woodstock IL 60098-3357 | Exemption | 8100-002 | | $15,000.00 | $114,548.73 |
| 09/08/17 | 1102 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Distribution | | | $10,088.75 | $104,459.98 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.        ($10,082.87) | 2100-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.        ($5.88) | 2200-000 | | | |

| | | | | Page Subtotals: | $129,548.73 | $25,088.75 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-71666 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: JULIE LYNN CRUZ | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8848 |
| | Checking |
| Taxpayer ID No: XX-XXX1124 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/25/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | 1103 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Distribution | | | | $3,290.99 | $101,168.99 |
| | | BERNARD J. NATALE LTD | 080916-062217 | ($3,261.25) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | 092716-042517 | ($29.74) | 3120-000 | | | |
| 09/08/17 | 1104 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507 | Ref #6159 | | | | $1,169.46 | $99,999.53 |
| | | | | ($34.62) | 7990-000 | | | |
| | | Nicor Gas | Ref #6159 | ($1,134.84) | 7100-000 | | | |
| 09/08/17 | 1105 | Midland Credit Management, Inc.<br>As Agent for Asset Acceptance LLC<br>P O Box 2036<br>Warren MI 48090 | Ref #1045 | | | | $1,616.82 | $98,382.71 |
| | | | | ($47.86) | 7990-000 | | | |
| | | Midland Credit Management, Inc. | Ref #1045 | ($1,568.96) | 7100-000 | | | |
| 09/08/17 | 1106 | Armor Systems Co<br>1700 Kiefer Drive<br>Suite 1<br>Zion, Il 60099 | Ref #5371 | | | | $40.19 | $98,342.52 |
| | | | | ($1.19) | 7990-000 | | | |
| | | Armor Systems Co | Ref #5371 | ($39.00) | 7200-000 | | | |
| 09/08/17 | 1107 | JULIE LYNN CRUZ<br>134 Washington Street<br>Apt B<br>Woodstock IL 60098-3357 | Distribution of surplus funds to debtor. | | 8200-002 | | $98,342.52 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $129,548.73 | $129,548.73 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $104,459.98 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

| | | |
|---|---:|---:|
| Subtotal | $129,548.73 | $129,548.73 |
| Less: Payments to Debtors | $0.00 | $113,342.52 |
| Net | $129,548.73 | $16,206.21 |

Exhibit 9

Page Subtotals:          $0.00          $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8848 - Checking | $129,548.73 | $16,206.21 | $0.00 |
|  | $129,548.73 | $16,206.21 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $120,451.27 |
| Total Net Deposits: | $129,548.73 |
| Total Gross Receipts: | $250,000.00 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*